

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Horli DeWayne Hale*

**United States Bankruptcy Judge**

**Signed November 14, 2012**

---

FORM 1213.209209

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:
JACOB LEWIS POWELL
COURTNEY LYNN POWELL

CASE NO: 08-70261-HDH-13
DATED: November 14, 2012
HEARING DATE: November 14, 2012
HEARING TIME: 10:00 AM

_____

### ORDER DISMISSING CASE

_____

On this day came on to be heard the Trustee's Motion to Dismiss Chapter 13 Proceeding. It appears to the Court that due notice has been given to Debtor(s) and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It is further appearing that Dismissal of this case is in the best interest of the creditors and the estate:

IT IS THEREFORE ORDERED, that the above proceeding be, and hereby is in all things DISMISSED, without prejudice, and

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall disburse all funds on hand in accordance with the Standing Order 2009-03.

IT IS FURTHER ORDERED that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this Order.

IT IS FURTHER ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

cc:     MONTE J WHITE
        ATTORNEY AT LAW
        1106 BROOK AVE HAMILTON PLACE
        WICHITA FALLS TX 76301-0000

United States Bankruptcy Court
Northern District of Texas

In re:                                                          Case No. 08-70261-hdh
Jacob Lewis Powell                                              Chapter 13
Courtney Lynn Powell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-7          User: rporter          Page 1 of 3          Date Rcvd: Nov 15, 2012
                             Form ID: pdf022         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2012.
db        #+Jacob Lewis Powell,   4110 Aspen Street,   Wichita Falls, TX 76306-4722
jdb       #+Courtney Lynn Powell,   4110 Aspen Street,   Wichita Falls, TX 76306-4722
11650229    CITY OF WICHITA FALLS & WICHITA COUNTY,   CO PERDUE BRANDON FIELDER COLLINS & MOT,   PO BOX 8188,
             WICHITA FALLS TX 76307-8188
11650233    CITY VIEW INDEPENDENT SCHOOL DISTRICT,   CO PERDUE BRANDON FIELDER COLLINS & MOT,   PO BOX 8188,
             WICHITA FALLS TX 76307-8188
11623123    Clinics of North Texas,   P.O. Box 730852,   Dallas, Texas 75373-0852
11645276    Clinics of North Texas,   P.O. Box 97547,   Wichita Falls, TX 76307-7547
11603879    +Credit Management,   4200 International Pwy,   Carrolton, TX 75007-1912
11603880    +Credit Protect Assoc.,   PO Box 802068,   Dallas, TX 75380-2068
12129553    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,   PO Box 41067,   Norfolk, VA  23541)
11603882    Pathology Associates of WF,   1107 Brook Avenue,   Wichita Falls, TX  76301-5008
11603883    +Radiology Associates,   808 Brook Ave,   Wichita Falls, TX 76301-4289
11623125    Retail Services-Best Buy,   PO Box 15521,   Wilmington, DE 19850-5521
11603885    Sears-cbsd,   133200 Smith Rd,   Cleveland, OH 44130
11603886    +Unique National Collec,   119 E Maple St,   Jeffersonville, IN 47130-3439
11623126    United Regional,   1600 8th Street,   Wichita Falls, TX 76301-3164
11603887    +United Revenue Corp,   204 Billings St Ste 120,   Arlington, TX 76010-2495
11794412    +Wells Fargo Bank, N.A.,   CO Legal Practice Management,   15000 Surveyor Blvd.,   Suite 1720,
             Addison, TX 75001-4417
11603888    +Wells Fargo Hm Mortgag,   PO Box 10335,   Des Moines, IA 50306-0335
11623127    +Wichita Co,Wichita Falls & City View ISD,   CO Perdue Brandon & Fielder,   PO Box 8188,
             Wichita Falls, TX 76307-8188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11603878    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2012 02:41:03     Asset Acceptance,
             PO Box 2036,   Warren, MI 48090-2036
11603881     E-mail/Text: cio.bncmail@irs.gov Nov 16 2012 02:33:51     IRS Special Procedures,
             1100 Commerce St., Room 951,   Mail Stop 5029 DAL,   Dallas, TX 75246
11623124    +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2012 02:47:26     JC Penney,   PO Box 981131,
             El Paso, TX 79998-1131
11753531     E-mail/Text: resurgentbknotifications@resurgent.com Nov 16 2012 02:38:22     LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11671945     E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2012 02:50:57
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11603884    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 16 2012 02:38:22
             Resurgent Capital Service-Sherman Acquis,   Attention: Bankruptcy Department,   PO Box 10587,
             Greenville, SC 29603-0587
14903836    +E-mail/Text: LEGALNOTICES@DEVAL.US Nov 16 2012 09:56:25     U.S. Department of HUD,
             co Deval, LLC,   1255 Corporate Dr., Ste. 300,   Irving, TX 75038-2585
                                                                                        TOTAL: 7


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11622363    C & L SERVICE CORPORATION, SERVICER FOR HUD, 2488
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0539-7          User: rporter          Page 2 of 3          Date Rcvd: Nov 15, 2012
                              Form ID: pdf022        Total Noticed: 26
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2012**                    **Signature:** _____Joseph Speetjens_____

```
District/off: 0539-7          User: rporter          Page 3 of 3          Date Rcvd: Nov 15, 2012
                              Form ID: pdf022        Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2012 at the address(es) listed below:
        Mary A. Daffin    on behalf of Creditor  Wells Fargo Bank, N.A. ndecf@BDFGROUP.com
        Monte J. White    on behalf of Debtor Jacob Powell legal@montejwhite.com,
     pamela@montejwhite.com;chasity@montejwhite.com
        Shawn Ivan Carter    on behalf of Creditor  Wells Fargo Bank, N.A. ndecf@BDFGROUP.com
        UST  U.S. Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
        Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                              TOTAL: 5